# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134012

RONALD A. BROWN-BEY, #A224757

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS

      Defendant-Appellee.

_____

SC: 134012
CoA: 277003

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 31, 2007, the Clerk of the Court is hereby directed to close this file.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2007



jm

Clerk